476 A.2d 73

Commonwealth v. Johnson, Appellant.

Submitted January 20, 1984. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

476 A.2d 73

Commonwealth v. Jones, Appellant.

Submitted March 23, 1984. John H. Corbett, Jr., Public Defender, for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before POPOVICH, HOFFMAN and LIPEZ, JJ.

Judgment of sentence affirmed.